UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 1:15-cr-10344-NMG |
| | ) | |
| DONOVAN DIXON | ) | |
| | ) | |

NOW comes Donovan Dixon, the Defendant in the above-referenced matter, and moves this Honorable Court grant him a provisional release, under guard, to attend a private family viewing of his Mother's remains at the Davis Funeral Home at 654 Cummins Highway in Mattapan, Massachusetts, on November 29 at a time to be determined by the U.S. Marshal office and the Davis Funeral Home.

As grounds, Mr. Dixon states that his mother passed away on November 16, 2016, and the funeral service is scheduled to be held the following days on November 30, 2016. See attached exhibit.

Wherefore, the Defendant respectfully requests the Court to grant him a provisional release on November 29, 2016, and direct the United States Marshall office to arrange a suitable time for him to pay his last respects to his Mother before her remains are interred.

Respectfully,
Donovan Dixon
By his attorney,

/s/ Derege B. Demissie

Derege B. Demissie
DEMISSIE & CHURCH
929 Massachusetts Avenue, Suite 101
Cambridge, MA 02139
(617) 354-3944
BBO# 637544

*Motion allowed; the United States Marshall is directed to do whatever is necessary to afford the defendant the opportunity to visit the Davis Funeral Home at some time during the day on Tues., Nov. 29, 2016.*

*/s/ NMGorton, USDJ 11/28/16*

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 22, 2016.

/s/ *Derege B. Demissie*
DEREGE B. DEMISSIE